Jaime Drozd Allen, WSBA #35742
Ross Siler, WSBA # 46486
Davis Wright Tremaine LLP
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
T: (206) 757-8039
F: (206) 757-7039

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| WENDY FLEMING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREYSTAR MANAGEMENT SERVICES, L.P., a Delaware corporation, WILLIAM SIMMONS, and EMMETT HIGGINS,<br><br>Defendants. | No. 2:15-cv-00174-SMJ<br><br>NOTICE OF APPEARANCE<br><br>*Clerk's Action Required* |

TO:           CLERK OF THE COURT

AND TO:   ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Ross Siler of Davis Wright Tremaine LLP enters his appearance herein, on behalf of Defendants Greystar Management Services, L.P., William Simmons and Emmett Higgins.  All future pleadings and documents, except process, should be served upon him at the address below.

//

//

NOTICE OF APPEARANCE- 1
DWT 29430476v1 0105513-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1  DATED this 26th day of April, 2016.

2
3                                   Davis Wright Tremaine LLP
                                    *Attorneys for Defendants Greystar Management*
                                    *Services, L.P., William Simmons and Emmett*
4                                   *Higgins*

5
6  By *s/ Ross Siler*
       Ross Siler, WSBA #46486
7      ross.siler@dwt.com

8      DAVIS WRIGHT TREMAINE LLP
       1201 Third Avenue, Suite 2200
9      Seattle, WA 98101
       Telephone: (206) 757-8120
10     Facsimile: (206) 757-7120

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEARANCE- 2
DWT 29430476v1 0105513-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 26th day of April, 2016, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to the following counsel of record:

Kirk D. Miller, WSBA #40025
Miller Law Firm
421 W. Riverside Ave. Suite 704
Spokane, WA 99201
kmiller@millerlawspokane.com

Brian Cameron, WSBA #44905
Shayne Sutherland, WSBA #44593
421 West Riverside Avenue
660 Paulsen Center
Spokane, WA 99201-0410
bcameron@cameronsutherland.com
ssutherland@cameronsutherland.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:  April 26, 2016.

*s/Ross Siler*
Ross Siler

NOTICE OF APPEARANCE- 3
DWT 29430476v1 0105513-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax